# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| MARCO MCILWAIN, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:17-CV-363-MTT-MSH |
| DR EDWARD BURNSIDE, *et al.*, | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Pending before the Court is Plaintiff's motion to compel Defendants to respond to his discovery requests (ECF No. 76). Under the Local Rules of the United States District Court for the Middle District of Georgia, "[m]otions to compel disclosure or discovery will not be considered unless they contain a statement certifying that movant has in good faith conferred or attempted to confer with the opposing party in an effort to secure the information without court action." M.D. Ga. L. R. 37. Plaintiff failed to attach a statement indicating he attempted to confer with Defendants concerning the discovery requests raised in his motion to compel. His motion to compel is thus improper, and, therefore, is **DENIED**.

**SO ORDERED**, this 9th day of December, 2021.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE